UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ARREST WARRANT RE: GERALD H. HOLAS, JR. | ) ) ) ) ) ) | DOCKET NO. 3:08MJ-00137-RJC-CH  **ORDER** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit supporting the Criminal Complaint in this case be unsealed,

**IT IS HEREBY ORDERED** that the Affidavit and Criminal Complaint be unsealed.

**SO ORDERED**.

Signed: June 17, 2008

_____
Carl Horn, III
United States Magistrate Judge